Jacqueline D. Serrao, SBN: 266389
Leibowitz Law Group
10936 Portal Drive
Los Alamitos, CA 90720
Ph: 562-430-6002
Fax: 562-374-8455
Email: jds@cabkgroup.com

Attorney for Debtor
Angelica J. Solis

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>Ricky Harris<br><br>and<br><br>Angelica J. Solis<br><br>                                    Debtors. | CASE NO.:  6:23-bk-10352-WJ<br><br>ADV CASE NO.:<br><br>CHAPTER 7<br><br>COMPLAINT FOR DETERMINATION THAT STUDENT LOAN DEBT IS DISCHARGEABLE PURSUANT TO 11 U.S.C. §523(a)(8) |
| Angelica J. Solis<br><br>                          Plaintiff,<br><br>vs.<br><br>U.S. Department of Education,<br><br>College Ave Student Loans,<br><br>Sallie Mae Bank,<br><br>                          Defendants. | |

**COMPLAINT**

1. Plaintiff and Debtor Angelica J. Solis ("Debtor") brings this adversary proceeding
   seeking an order determining that the student loan debt poses an undue hardship under 11
   U.S.C. §523 (a)(8) and is therefore dischargeable pursuant to 11 U.S.C. § 523(a)(8) and
   under 11 U.S.C. § 727.

COMPLAINT

## JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157 and Local Bankruptcy Rule 7008. Venue is proper pursuant to 28 U.S.C. § 1409(a).

## FACTUAL BACKGROUND

3. Ms. Solis obtained federal and private educational loans from approximately January 2014 through April 2021 in the original principal amount of approximately $193,036.00.

4. Ms. Solis was enrolled in the Licensed Vocational Nurse ("LVN") Training program at Pacific College from late 2013 until she graduated in June 2015.

5. She obtained $10,500.00 in federal student loans for the program at Pacific College.

6. Ms. Solis worked as an LVN for about one year.

7. Thereafter, Ms. Solis decided to pursue a further nursing degree.

8. Ms. Solis enrolled in the Bachelor of Science in Nursing/ Registered Nursing ("BSN/RN") program at West Coast University.

9. Ms. Solis graduated from the BSN/RN program around June 2021.

10. She passed the National Council Licensure Examination for nurses around November 2021.

11. Ms. Solis obtained federal and private student loans to fund her education at West Coast University.

12. Plaintiff is informed and believes, and therefore alleges, that the lenders of the aforementioned loans are U.S. Department of Education, College Ave Student Loans, and Sallie Mae Bank.

13. She obtained student loans from January 2018 through June 2021 as follows:
    a. U.S. Department of Education in the original principal amount of $45,000.00;
    b. College Ave Student Loans in the original principal amount of $132,093.00;
    c. Sallie Mae Bank in the original principal amount of $5,443.00.

14. Around November 2019, in the middle of the BSN/RN program, Ms. Solis was diagnosed with stage 2 breast cancer.

COMPLAINT

2

15. She received radiation and chemotherapy to treat the cancer for about 1.5 years.

16. Ms. Solis suffered from extreme fatigue while undergoing radiation and chemotherapy.

17. During her schooling, she was excused from some of her clinical duties that required standing and being on the hospital floor.

18. Around August 2021, Ms. Solis underwent lumpectomy surgery.

19. She then underwent mastectomy surgery in early 2022.

20. Ms. Solis received radiation treatment after her mastectomy in 2022.

21. While Ms. Solis is a registered nurse, she has not been able to work as one due to the extensive cancer treatments and surgeries.

22. Ms. Solis currently receives income as a caretaker from the State of California In-Home Supportive Services program in the gross amount of approximately $1,297.00 per month.

23. Ms. Solis' husband earns approximately $78,500.00 per year. His salary covers the majority of the couple's basic living expenses.

24. Ms. Solis has been advised by her doctors that part-time work is best suited for her while she is newly in remission.

25. She is still under extreme stress.

26. Since her diagnosis, Ms. Solis and her husband incurred significant debt due to her extensive medical bills and inability to work full-time.

27. On January 31, 2023, Ms. Solis and her husband filed a chapter 7 bankruptcy due to their inability to pay their debts in addition to their monthly living expenses.

28. According to Ms. Solis' records the following balances are due on the aforementioned student loans:

    a. U.S. Department of Education approximate balance of $57,722.00;

    b. College Ave Student Loans approximate balance of $194,253.47;

    c. Sallie Mae Bank approximate balance of $4,553.95.

///

///

///

COMPLAINT

3

**FIRST CLAIM FOR RELIEF**

(Determination That Student Loan Debt Imposes an Undue Hardship and is Therefore

Dischargeable Pursuant to 11 U.S.C. §523(a)(8))

29. Plaintiff refers to paragraphs 1 through 28 of this complaint and incorporates them as though set forth in full herein.

30. Ms. Solis believes that her uncertain health condition will continue to pose significant physical and financial problems for her and husband.

31. Ms. Solis has been working part-time throughout her cancer treatment, but her and her husband's income is just enough to sustain a reasonable standard of living.

32. Ms. Solis and her husband filed chapter 7 bankruptcy due to their financial hardship.

33. Forced repayment of her student loans would impose an undue hardship on Ms. Solis and her husband.

**PRAYER**

WHEREFORE, Plaintiff Angelica J. Solis prays for judgment against U.S. Department of Education, College Ave Student Loans, and Sallie Mae Bank as follows:

1.  For a determination that the student loan debts are dischargeable pursuant to 11 U.S.C. §523(a)(8);

2.  For reasonable attorney's fees and costs of suit incurred herein; and

3.  For such other and further relief as the Court may deem just and proper.

Respectfully submitted by


_Jacqueline D. Serrao_                                     Dated: 5/15/2023
Jacqueline D. Serrao
Attorney for Plaintiff Angelica J. Solis

COMPLAINT

4