E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ELAN S. LEVEY (State Bar No. 174843)
Assistant United States Attorney
      Room 7516, Federal Building
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone: (213) 894-3997
      Facsimile: (213) 894-7819
      Email:  elan.levey@usdoj.gov

Attorneys for Defendant, United States Department of Education

# UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>RICKY HARRIS AND ANGELICA J. SOLIS,<br><br>    Debtors. | Case No. 6:23-bk-10352-WJ<br><br>Chapter 7 |
| ANGELICA J. SOLIS,<br><br>    Plaintiff,<br>vs.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; COLLEGE AVENUE STUDENT LOANS; and SALLIE MAE LOANS,<br><br>    Defendants. | Adv. No. 6:23-ap-01043-WJ<br><br>**UNITED STATES DEPARTMENT OF EDUCATION'S ANSWER TO COMPLAINT FOR DETERMINATION THAT STUDENT LOAN DEBT IS DISCHARGEABLE PURSUANT TO 11 U.S.C. § 523(a)(8)**<br><br>Status Conference:<br>Date:  August 10, 2023<br>Time:  10:30 a.m.<br>Place:  Courtroom 304<br>         3420 Twelfth Street<br>         Riverside, CA  92501 |

///

///

United States Department of Education, a defendant herein ("Defendant"), hereby answers the *Complaint for Determination that Student Loan Debt is Dischargeable Pursuant to 11 U.S.C. §523(a)(8)* ("Complaint") (*Docket No. 1*), filed by Angelica J. Solis, the plaintiff herein ("Plaintiff"):

### PREFATORY STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 7008(a) and 7012(b) and Local Bankruptcy Rule 7008-1, Defendant consents to the entry of final orders or judgment by this Court.

### COMPLAINT

1.  Paragraph 1 contains a characterization of the relief sought in the Complaint, to which no response is required. To the extent an answer is deemed required, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

### JURISDICTION AND VENUE

2.  Paragraph 2 contains allegations of jurisdiction, a characterization of the adversary proceeding as a core proceeding and as to venue, to which no response is required. To the extent an answer is deemed required, Defendant admits that jurisdiction is proper in the United States Bankruptcy Court for the Central District of California, this adversary proceeding is a core proceeding and venue is proper.

### FACTUAL BACKGROUND

3.  In response to Paragraph 3, Defendant states that Plaintiff obtained federal student loans from Defendant from 2015 to 2021, for which there is an outstanding balance of $57,722.60 owing to Defendant. With regard to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

///

4.     In response to Paragraph 4, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

5.     In response to Paragraph 5, Defendant admits the allegations.

6.     In response to Paragraph 6 Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

7.     In response to Paragraph 7, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

8.     In response to Paragraph 8, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

9.     In response to Paragraph 9, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

10.    In response to Paragraph 10, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

11.    In response to Paragraph 11, Defendant admits that Plaintiff obtained federal student loans to fund her education at West Coast University. With regard to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the

remaining allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

12. In response to Paragraph 12, Defendant admits that it is the lender of Plaintiff's federal student loans. With respect to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

13. In response to Paragraph 13, Defendant states that Plaintiff obtained federal student loans from Defendant from 2015 to 2021, for which there is an outstanding balance of $57,722.60 owing to Defendant. With regard to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

14. In response to Paragraph 14, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

15. In response to Paragraph 15, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

16. In response to Paragraph 16, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

17. In response to Paragraph 17, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

18. In response to Paragraph 18, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

19. In response to Paragraph 19, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

20. In response to Paragraph 20, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

21. In response to Paragraph 21, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

22. In response to Paragraph 22, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

23. In response to Paragraph 23, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

24. In response to Paragraph 24, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

25. In response to Paragraph 25, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

26. In response to Paragraph 26, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

27. In response to Paragraph 27, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

28. In response to Paragraph 28, Defendant states that $57,722.60 is the outstanding balance of Plaintiff's federal student loans. With respect to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

## **FIRST CLAIM FOR RELIEF**

29. In response to Paragraph 29, Defendant re-alleges and incorporates by reference all of the allegations contained in preceding paragraphs 1-28.

30. In response to Paragraph 30, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

31.     In response to Paragraph 31, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

32.     In response to Paragraph 32, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

33.     In response to Paragraph 33, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis, Defendant denies the allegations. To the extent this Paragraph is deemed to contain allegations of material fact, each and every allegation is denied.

**PRAYER**

The section beginning with "WHEREFORE" and the subsequent number paragraphs 1 through 3 constitute a prayer for relief, to which no response is required. To the extent a response may be required, Defendant denies the allegations contained therein. Defendant further alleges that Plaintiff is not entitled to any relief.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's Complaint fails to state a claim upon which relief against Defendant can be granted.

**SECOND AFFIRMATIVE DEFENSE**

The student loans owed by Plaintiff to Defendant are non-dischargeable debts pursuant to 11 U.S.C. § 523(a)(8).

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff has failed to exhaust her administrative remedies.

///
///
///
///

**WHEREFORE**, Defendant prays for judgment as follows:

(1)    That Plaintiff be denied the relief requested in the Complaint;

(2)    Declaring that Plaintiff's student loan indebtedness, if any, due and owing to the United States Department of Education, is non-dischargeable pursuant to 11 U.S.C. § 523(a)(8);

(3)    For costs of suit incurred herein; and

(4)    For such other and further relief as the Court may deem just and proper.

Dated: June 9, 2023                    Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

*/s/ Elan S. Levey*
ELAN S. LEVEY
Assistant United States Attorney

Attorneys for Defendant,
United States Department of Education

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: United States Attorney's Office, 300 N. Los Angeles Street, Room 7516, Los Angeles, California 90012

A true and correct copy of the foregoing document entitled **UNITED STATES DEPARTMENT OF EDUCATION'S ANSWER TO COMPLAINT FOR DETERMINATION THAT STUDENT LOAN DEBT IS DISCHARGEABLE PURSUANT TO 11 U.S.C. § 523(a)(8)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 9, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Lynda T. Bui (TR)**          trustee.bui@shulmanbastian.com, C115@ecfcbis.com
- **Jacqueline D Serrao**        jds@cabkgroup.com, attorneygary@gmail.com
- **United States Trustee (RS)** ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **June 9, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

College Ave Student Loans
233 N. King Street Suite 400
Wilmington, DE 19801

Sallie Mae Bank
175 S. West Temple
Salt Lake City, UT 84101

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 9, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 9, 2023 | JULIE MORALES | /s/ Julie Morales |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           **F 9013-3.1.PROOF.SERVICE**